UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 0:20-CV-62586-DPG**

CHASTIDI CORREA,
an individual,

      Plaintiff,

vs.

WENDY'S PROPERTIES, LLC,
a Delaware Limited Liability Company,

      Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant, file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently waiting on their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within twenty (20) days. The parties further request that all hearings and deadlines be adjourned.

Respectfully submitted,                              Respectfully submitted,

/s/Louis I. Mussman                                  /s/ Joseph R. Ruiz                    .
Louis I. Mussman, Esq.                               Joseph R. Ruiz, Esq.
louis@kumussman.com                                  Joseph.Ruiz@ZumpanoCastro.com
Fla. Bar No. 597155                                  Fla. Bar No. 65732
KU & MUSSMAN P.A.                                    ZUMPANO CASTRO, LLC
18501 Pines Blvd.                                    500 South Dixie Highway, Suite 302
Suite 209-A                                          Coral Gables, Florida 33146
Pembroke Pines, FL 33029                             Tel: (305) 503-2990
Tel:  (305) 891-1322                                 *Attorneys for Defendant*
Fax:  (954) 686-3976
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of March, 2021, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Louis I. Mussman*
Louis I. Mussman
