**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:20-CV-62586-DPG**

CHASTIDI CORREA,
an individual,

  Plaintiff,

vs.

WENDY'S PROPERTIES, LLC,
a Delaware Limited Liability Company,

  Defendant.
_____/

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

  Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: March 4, 2021

Respectfully submitted,          Respectfully submitted,

*/s/Louis I. Mussman*           */s/ Joseph R. Ruiz* .
Louis I. Mussman, Esq.          Joseph R. Ruiz, Esq.
louis@kumussman.com          Joseph.Ruiz@ZumpanoCastro.com
Fla. Bar No. 597155           Fla. Bar No. 65732
KU & MUSSMAN P.A.          ZUMPANO CASTRO, LLC
18501 Pines Blvd.           500 South Dixie Highway, Suite 302
Suite 209-A             Coral Gables, Florida 33146
Pembroke Pines, FL 33029        Tel: (305) 503-2990
Tel: (305) 891-1322           *Attorneys for Defendant*
Fax: (954) 686-3976
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of March, 2021, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronic Notices of Filing.

*/s/Louis I. Mussman*
Louis I. Mussman